J. B. & S. REALTY CORPORATION, respondent,

v.

WILLIAM KENNELLY, INCORPORATED, appellant.

[Decided January 5th, 1933.]

*Messrs. Heyman & Heyman,* for the respondent.

*Mr. Mark Townsend, Jr.,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *109 N. J. Eq. 337.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.